UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH I. EDMONTON, | ) | CASE NO. WD CV 02-4236-DOC (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| JOHN WASHINGTON, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

DATED:   March _10_, 2010.

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\BRAZZIL, A 1674\judgmemt.wpd